IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES HENRY SMITHERMAN, | ) | |
| #223 907, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-cv-365-TMH |
| | ) | [wo] |
| CHARLOTTE ANN HUTCHINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and ORDER**

On September 18, 2013, the Magistrate Judge filed a Recommendation in this case dismissing this case without prejudice pursuant to Plaintiff's Motion for Voluntary Dismissal.  (Doc. 11)  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be dismissed without prejudice.

DONE this 31st day of October, 2013.

　　　　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE